IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ANTHONY PEOPLES                                                                PETITIONER

VS.                      CASE NO.: 3:14CV00185 DPM/BD

ARKANSAS, STATE OF                                                             RESPONDENT

## ORDER

Petitioner Anthony Peoples has filed a pro se petition for a writ of habeas corpus under 28 U.S.C. § 2254. (Docket entry #1) He has not filed a motion to proceed *in forma pauperis,* however, or paid the $5.00 filing fee to the Court. If he wishes to proceed with this case, Mr. Peoples must file a request to proceed *in forma pauperis* with a certificate that complies with the requirements in 28 U.S.C. § 1915(a)(2), or pay the $5.00 filing fee to the Court within thirty days of entry of this Order. Failure to comply with this Order will result in dismissal of this action under Local Rule 5.5(c)(2) and the Federal Rules of Civil Procedure.

The Clerk of Court is directed to send Mr. Peoples an application to proceed *in forma pauperis*, along with a copy of this Order.

DATED this 20th day of August, 2014.

_____
UNITED STATES MAGISTRATE JUDGE