# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**ANTHONY PEOPLES**                                                      **PETITIONER**

v.                                    No. 3:14-cv-185-DPM-BD

**STATE OF ARKANSAS**                                                 **RESPONDENT**

## ORDER

Unopposed recommendation, № 5, adopted. FED. R. CIV. P. 72(b) (1983 Addition to Advisory Committee Notes).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

22 October 2014