# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**ANTHONY PEOPLES**                                                      **PETITIONER**

v.                                    No. 3:14-cv-185-DPM

**STATE OF ARKANSAS**                                                  **RESPONDENT**

## JUDGMENT

Peoples's petition is dismissed without prejudice. No certificate of appealability shall issue.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

22 October 2014